**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GUILLERMO IRIGOYEN-BRIONES, aka
Jose Vega-Ramirez,
                    *Petitioner,*

                    v.

ERIC H. HOLDER JR., Attorney
General,
                    *Respondent.*

No. 07-71806

Agency No.
A096-384-113

ORDER

Filed June 10, 2010

Before: Eugene E. Siler, Jr.,* Andrew J. Kleinfeld and
Milan D. Smith, Jr., Circuit Judges.

## ORDER

The opinion filed on September 29, 2009, and appearing at
582 F.3d 1062 (9th Cir. 2009), is withdrawn. A new opinion
will be filed at a later date.

The petition for rehearing and petition for rehearing en
banc are denied as moot.

---

*The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge
for the Sixth Circuit, sitting by designation.